# ELECTRONIC RECORD

COA # 05-13-00878-CR          OFFENSE: 21.1

STYLE: Mario Lopez Jucup v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: MODIFY          TRIAL COURT: 265th Judicial District Court

DATE: 11/24/2014          Publish: NO          TC CASE #: F-1055339-R

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Mario Lopez Jucup v. The State of Texas          CCA #: 1623-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/15/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**